| | |
|---|---|
| RODGER R. COLE (CSB No. 178865) <br> rcole@fenwick.com <br> FENWICK & WEST LLP <br> Silicon Valley Center <br> 801 California Street <br> Mountain View, CA 94041 <br> Telephone: 650.988.8500 <br> Facsimile: 650.938.5200 <br><br> MOLLY R. MELCHER (CSB No. 272950) <br> mmelcher@fenwick.com <br> FENWICK & WEST LLP <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 <br> Telephone: 415.875.2300 <br> Facsimile: 415.281.1350 <br><br> Attorneys for Respondent <br> INTUIT INC. <br><br> *[Additional Counsel for Respondent INTUIT INC. listed on signature page]* | Warren Postman (CSB No. 330869) <br> wdp@kellerlenkner.com <br> KELLER LENKNER LLC <br> 1300 I Street, N.W., Suite 400E <br> Washington, D.C. 20005 <br> (202) 749-8334 <br><br> Sean Duddy (*pro hac vice forthcoming*) <br> skd@kellerlenkner.com <br> KELLER LENKNER LLC <br> 150 N. Riverside Plaza, Suite 4270 <br> Chicago, Illinois 60606 <br> (312) 741-5220 <br><br> Attorneys for Petitioners |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AALIYAH JOLLY, et al., <br><br> Petitioners, <br><br> v. <br><br> INTUIT INC., <br><br> Respondent. | Case No.: 3:20-cv-04728-CRB <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE FOR PETITION FOR ORDER COMPELLING ARBITRATION AND MOTION TO COMPEL ARBITRATION** <br><br> Judge: Hon. Charles R. Breyer <br> Date Action Filed: July 15, 2020 <br> Courtroom: San Francisco Courthouse, Courtroom 6 - 17th Floor |

**STIPULATED REQUEST FOR ORDER CHANGING TIME**

Petitioners, constituting 5,428 individuals, and Respondent Intuit Inc. ("Intuit"), through their respective counsel of record, hereby submit this stipulated request for an order extending the briefing schedule regarding Petitioners' Petition for Order Compelling Arbitration ("Petition") and Motion to Compel Arbitration ("Motion").

WHEREAS, Petitioners filed their Petition and Motion on July 15, 2020;

WHEREAS, Petitioners served their Petition and Motion on Intuit on July 16, 2020, and the current deadline for Intuit to respond to the Motion is July 29, 2020;

NOW THEREFORE, under Local Rules 6-2 and 7-12 and Section I.B.7 of this Court's standing order, the parties through their respective counsel and subject to the Court's approval hereby stipulate that:

1. Good cause exists to extend the briefing schedule regarding Petitioners' Petition and Motion to accommodate the parties' schedules.

2. Intuit will file its response to the Motion by no later than August 12, 2020.

3. Petitioners will file their reply in support of their Motion by no later than August 21, 2020.

4. Intuit shall have no more than 35 pages upon which to write its response to the Motion.

5. Petitioners shall have no more than 20 pages upon which to write their reply in support of their Motion.

6. The parties request a hearing on these matters on September 4, 2020.

ACCORDINGLY, IT SO STIPULATED.

Dated:   July 28, 2020               FENWICK & WEST LLP


                                     By: /s/ Rodger R. Cole
                                         Rodger R. Cole


                                     Matthew Benedetto (SBN 252379)
                                     matthew.benedetto@wilmerhale.com

STIPULATED REQUEST AND [PROPOSED]          1
ORDER RE BRIEFING SCHEDULE FOR PETITION                        CASE NO.: 3:20-cv-04728-CRB
AND MOTION

WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Ave. Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Jonathan E. Paikin *(pro hac vice* to be submitted)
David Gringer *(pro hac vice* to be submitted)
Benjamin Chapin *(pro hac vice* to be submitted)
Kevin M. Lamb *(pro hac vice* to be submitted)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
jonathan.paikin@wilmerhale.com
david.gringer@wilmerhale.com
benjamin.chapin@wilmerhale.com
kevin.lamb@wilmerhale.com

Attorneys for Respondent
INTUIT INC.

Dated:   July 28, 2020              KELLER LENKNER LLC


                                    By: */s/ Warren Postman*
                                         Warren Postman

                                         Attorneys for Petitioners

---

STIPULATED REQUEST AND [PROPOSED]         2
ORDER RE BRIEFING SCHEDULE FOR PETITION                 CASE NO.: 3:20-cv-04728-CRB
AND MOTION

# ATTESTATION

I, Rodger R. Cole, am the ECF User whose identification and password are being used to file this **STIPULATED REQUEST AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE FOR PETITION FOR ORDER COMPELLING ARBITRATION AND MOTION TO COMPEL ARBITRATION**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: July 28, 2020

By: */s/ Rodger R. Cole*
Rodger R. Cole

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE