Warren Postman (#330869)
    wdp@kellerlenkner.com
 KELLER LENKNER LLC
 1300 I Street, N.W., Suite 400E
 Washington, D.C. 20005
 (202) 749-8334

Sean Duddy (*pro hac vice forthcoming*)
    skd@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

*Attorneys for Petitioners*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| AALIYAH JOLLY, et al., | Case No. 5:20-cv-04728 |
| *Petitioners*, | [PROPOSED] ORDER GRANTING PETITIONERS' MOTION TO FILE DECLARATIONS AND EXHIBITS UNDER SEAL |
| vs. |  |
| INTUIT INC. |  |
| *Respondent.* |  |

[PROPOSED] ORDER GRANTING PETITIONERS' MOTION TO
FILE DECLARATIONS AND EXHIBITS UNDER SEAL
CASE NO. 5:20-cv-04728

1    IT IS SO ORDERED.  Petitioners may file the following documents under seal with personal

2   identifying information redacted:

3

| Document | Description |
|---|---|
| Example demand for arbitration filed by Petitioners in support of their motion to compel arbitration. | Home address, email address, and phone number |
| Declarations filed by Petitioners in support of their motion to compel arbitration. | Home addresses |

Dated:    September 10, 2020          By:    _____
                                                   United States District Judge